MAXWELL S. PELTZ, CA Bar No. 183662
Email: maxwell.peltz@cfpb.gov
PATRICIA HENSLER, FL Bar No. 102303
Email: patricia.hensler@cfpb.gov
LAWRENCE D. BROWN, TX Bar No. 24040586
Email: lawrence.brown@cfpb.gov
HAI BINH NGUYEN, CA Bar No. 313503
Email: haibinh.nguyen@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Phone: 415-633-1328

Attorneys for Plaintiff
Consumer Financial Protection Bureau

*Counsel continued on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Consumer Financial Protection Bureau, | Case Number: 3:17-cv-06484-EDL |
|---|---|
| Plaintiff, | JOINT STATUS REPORT FOLLOWING SETTLEMENT CONFERENCE |
| v. | Conf. Date: May 15, 2018 |
| Freedom Debt Relief, LLC and Andrew Housser, | Time: 10:00 a.m. |
| | Courtroom: Courtroom E, 15th Fl. |
| Defendants. | Judge: Hon. Elizabeth D. Laporte |

JOSEPH L. BARLOON (*pro hac vice*)
joseph.barloon@skadden.com
ANAND S. RAMAN (*pro hac vice*)
anand.raman@skadden.com
JOHN A.J. BARKMEYER (*pro hac vice*)
john.barkmeyer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:   (202) 393-5760

ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:   (650) 470-4570

Attorneys for Defendant
FREEDOM DEBT RELIEF, LLC

CRISTINA C. ARGUEDAS (SBN 87787)
arguedas@achlaw.com
RAPHAEL M. GOLDMAN (SBN 229261)
goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000
Facsimile:   (510) 845-3003

Attorneys for Defendant
ANDREW HOUSSER

The parties to the above-entitled action submit this JOINT STATUS REPORT FOLLOWING SETTLEMENT CONFERENCE, pursuant to the Court's Amended Order Setting Deadlines for Meet and Confer Efforts Regarding Discovery to be Exchanged Prior to Settlement Conference, filed March 1, 2018 (ECF 42).

The parties were unable to reach a settlement at the May 8 settlement conference with Magistrate Judge Nathanael Cousins.

At the May 15 Status Conference, the **parties/Plaintiff** respectfully propose**(s)** that the following subjects be addressed: motions, scheduling, and discovery.

Respectfully submitted,

DATED: May 13, 2018

By: _/s/ Maxwell S. Peltz_
MAXWELL S. PELTZ
Attorney for Plaintiff
CONSUMER FINANCIAL PROTECTION BUREAU

DATED: May 13, 2018

By: _/s/ Allen J. Ruby_
ALLEN J. RUBY
Attorney for Defendant
FREEDOM DEBT RELIEF, LLC

*Joint Status Report*
*Case No. 17-cv-6484*

DATED: May 13, 2018

By:    */s/ Cristina C. Arguedas*
      CRISTINA C. ARGUEDAS
      Attorney for Defendant
      ANDREW HOUSSER