JOSEPH L. BARLOON (*pro hac vice*)
joseph.barloon@skadden.com
ANAND S. RAMAN (*pro hac vice*)
anand.raman@skadden.com
JOHN A.J. BARKMEYER (*pro hac vice*)
john.barkmeyer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  (202) 371-7000
Facsimile:   (202) 393-5760

ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570

Attorneys for Defendant
FREEDOM DEBT RELIEF, LLC

*Counsel continued on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>            Plaintiff,<br><br>       v.<br><br>FREEDOM DEBT RELIEF, LLC and ANDREW HOUSSER,<br><br>            Defendants. | CASE NO.: 3:17-cv-06484-EDL<br><br>(1) **AMENDED JOINT STIPULATION TO BRIEFING SCHEDULE ON MOTIONS TO DISMISS;**<br><br>(Under separate cover)<br><br>(2) **[PROPOSED] ORDER**.<br><br>Judge: Hon. Elizabeth D. Laporte<br><br>Courtroom: E, 15th Floor |

1  CRISTINA C. ARGUEDAS (SBN 87787)
   arguedas@achlaw.com
2  RAPHAEL M. GOLDMAN (SBN 229261)
   goldman@achlaw.com
3  ARGUEDAS, CASSMAN & HEADLEY LLP
   803 Hearst Avenue
4  Berkeley, California 94710
   Telephone:  (510) 845-3000
5  Facsimile:   (510) 845-3003
   Attorneys for Defendant
6  ANDREW HOUSSER

7  MAXWELL S. PELTZ (SBN 183662)
   maxwell.peltz@cfpb.gov
8  Telephone:  (415) 633-1328
   PATRICIA HENSLER (*appearing pursuant to L.R. 11-2*)
9  patricia.hensler@cfpb.gov
   Telephone:  (202) 435-7829
10 LAWRENCE D. BROWN (*appearing pursuant to L.R. 11-2*)
   lawrence.brown@cfpb.gov
11 Telephone:  (202) 435-7116
   HAI BINH NGUYEN (SBN 313503)
12 haibinh.nguyen@cfpb.gov
   Telephone:  (202) 435-7251
13 CONSUMER FINANCIAL PROTECTION BUREAU
   1700 G Street, N.W.
14 Washington, D.C. 20552
   Facsimile:   (202) 435-7722
15
   Attorneys for Plaintiff
16 CONSUMER FINANCIAL PROTECTION BUREAU

17
18
19
20
21
22
23
24
25
26
27
28

# JOINT STIPULATION TO BRIEFING SCHEDULE
# ON MOTIONS TO DISMISS

Defendants Freedom Debt Relief, LLC, and Andrew Housser and Plaintiff Consumer Financial Protection Bureau (the "CFPB") (collectively "the parties"), by and through their counsel of record, hereby agree and stipulate as follows:

On February 5, 2018, Defendants each filed a Motion to Dismiss Counts I through IV of the CFPB's Complaint (*see* ECF Nos. 33, 34);

On February 27, 2018, the Court held a Case Management Conference with the parties and referred them to Magistrate Judge Nathaniel Cousins for the purpose of engaging in a settlement conference (*see* ECF No. 40);

At the February 27, 2018 Case Management Conference, in light of the pending settlement conference, the Court took the hearing on Defendants' motions to dismiss off calendar (*see* ECF No. 40);

The parties participated in a settlement conference on May 8, 2018, but were unable to reach a settlement (*see* ECF No. 48);

At a May 15, 2018 status conference, the parties discussed motions, scheduling, and discovery, and the CFPB indicated its intent to file an amended complaint. The Court directed the parties to submit a proposed briefing schedule for Defendants' Motion to Dismiss in light of the anticipated First Amended Complaint (*see* ECF Nos. 51, 52);

On June 1, 2018, the CFPB filed its First Amended Complaint following a stipulation by Defendants and order by the Court (*see* ECF Nos. 53, 54, 55);

Defendants intend to file separate motions to dismiss the CFPB's First Amended Complaint (collectively, the "Motions to Dismiss");

The parties agree that, to accommodate various counsels' schedules and to allow all parties time to adequately and completely address the legal issues to be raised in the Motions to Dismiss, an extended briefing schedule is appropriate; and

The parties further agree that the relief requested in this Stipulation will not result in prejudice to any party or to the arguments they intend to raise in this case.

NOW, THEREFORE, the undersigned parties stipulate and agree, subject to the Court's approval, as follows:

(1) The last date for both Defendants to file an answer, motion to dismiss or other responsive pleading to the CFPB's First Amended Complaint shall be July 6, 2018;

(2) If Defendants, or either of them, file a motion to dismiss in response to the First Amended Complaint at that time, the CFPB's oppositions to such motions, if any, shall be due no later than August 10, 2018;

(3) Defendants' replies to such oppositions, if any, shall be due no later than August 31, 2018;

(4) All parties stipulate to a hearing date on September 18, 2018, at 2:00 p.m. or as soon thereafter as is convenient for the Court and the parties.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June 11, 2018

By: _____/s/ Allen J. Ruby_____
ALLEN J. RUBY
Attorney for Defendant
FREEDOM DEBT RELIEF, LLC

I, Allen J. Ruby, am the ECF user whose ID and password are being used to file the Amended Joint Stipulation to Briefing Schedule on Motions to Dismiss and Proposed Order thereon. In compliance with Local Rule 5-1(i)(3), I attest that Cristina C. Arguedas and Maxwell S. Peltz concur in this filing.

2
AMENDED JOINT STIPULATION TO BRIEFING SCHEDULE ON MOTION TO DISMISS
Case No. 3:17-cv-06484-EDL

DATED: June 11, 2018

By: */s/ Cristina C. Arguedas*
CRISTINA C. ARGUEDAS
Attorney for Defendant
ANDREW HOUSSER

DATED: June 11, 2018

By: */s/ Maxwell S. Peltz*
MAXWELL S. PELTZ
Attorney for Plaintiff
CONSUMER FINANCIAL PROTECTION BUREAU