MAXWELL S. PELTZ, CA Bar No. 183662
Email: maxwell.peltz@cfpb.gov
PATRICIA HENSLER, FL Bar No. 102303
Email: patricia.hensler@cfpb.gov
HAI BINH NGUYEN, CA Bar No. 313503
Email: haibinh.nguyen@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Phone: 415-633-1328

Attorneys for Plaintiff
Consumer Financial Protection Bureau

*Counsel continued on next page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case Number: 3:17-cv-06484-EDL |
| Plaintiff, | JOINT STIPULATION TO EXTEND STAY OF PROCEEDINGS AND CONTINUE TELEPHONIC STATUS HEARING; [PROPOSED] ORDER |
| v. | |
| Freedom Debt Relief, LLC and Andrew Housser, | Status Hearing Date:   Feb. 26, 2019 |
| | Time:                          10:00 a.m. |
| Defendants. | Courtroom:               E, 15th Fl. |
| | Judge: Hon. Elizabeth D. Laporte |

*Joint Stipulation to Extend Stay and Con't Status Hearing*
*Case No. 17-cv-6484*

JOSEPH L. BARLOON (*pro hac vice*)
joseph.barloon@skadden.com
ANAND S. RAMAN (*pro hac vice*)
anand.raman@skadden.com
JOHN A.J. BARKMEYER (*pro hac vice*)
john.barkmeyer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:  (202) 371-7000
Facsimile:    (202) 393-5760

ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California  94301
Telephone:  (650) 470-4500
Facsimile:    (650) 470-4570

Attorneys for Defendant
FREEDOM DEBT RELIEF, LLC

CRISTINA C. ARGUEDAS (SBN 87787)
arguedas@achlaw.com
RAPHAEL M. GOLDMAN (SBN 229261)
goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:  (510) 845-3000
Facsimile:    (510) 845-3003

Attorneys for Defendant
ANDREW HOUSSER

*Joint Stipulation to Extend Stay and Con't Status Hearing*
*Case No. 17-cv-6484*

## JOINT STIPULATION TO EXTEND STAY OF PROCEEDINGS AND CONTINUE TELEPHONIC STATUS HEARING

The parties to the above-entitled action submit this JOINT STIPULATION TO EXTEND STAY OF PROCEEDINGS AND CONTINUE TELEPHONIC STATUS HEARING AND [PROPOSED] ORDER in accordance with the Court's instructions at the January 22, 2019 telephonic status hearing.

Plaintiff Consumer Financial Protection Bureau (the "Bureau") and Defendants Freedom Debt Relief, LLC, and Andrew Housser (collectively, "the parties"), by and through their counsel of record, hereby agree and stipulate as follows:

**WHEREAS,** on October 2, 2018, the parties agreed in principle to resolve all claims in the First Amended Complaint;

**WHEREAS,** a stay of the proceedings has been in place since October 5, 2018 (ECF 75) to permit the parties to finalize the agreement in principle without having further proceedings in this matter;

**WHEREAS,** the parties continue their efforts to finalize the agreement and work through technical issues relating to the identification of consumers to receive restitution;

**WHEREAS,** at the January 22, 2019 telephonic status hearing, the Court instructed the parties that if a settlement had not been finalized by the scheduled February 26, 2019 telephonic status hearing, the parties could submit a joint stipulation and proposed order continuing the status hearing;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, subject to approval of the Court, that:

1.      All proceedings in this action shall remain stayed;

*Joint Stipulation to Extend Stay and Con't Status Hearing*
*Case No. 17-cv-6484*

2.      That the parties propose that the next telephonic status conference be held on March 19, 2019; and

3.      The parties shall reserve any and all rights, claims and defenses in connection with the First Amended Complaint pending entry of a final order.

**IT IS SO STIPULATED.**

DATED:  February 19, 2019      CONSUMER FINANCIAL PROTECTION BUREAU


By:  _____*/s/ Maxwell S. Peltz*_____

MAXWELL S. PELTZ

Attorney for Plaintiff

CONSUMER FINANCIAL PROTECTION BUREAU


DATED:  February 19, 2019      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:  _____*/s/ Allen J. Ruby*_____

ALLEN J. RUBY

Attorney for Defendant

FREEDOM DEBT RELIEF, LLC


DATED:  February 19, 2019      ARGUEDAS, CASSMAN & HEADLEY LLP

By:  _____*/s/ Cristina C. Arguedas*_____

CRISTINA C. ARGUEDAS

Attorney for Defendant

ANDREW HOUSSER

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT ORDERED THAT**: this action is stayed until _____. A further telephonic status hearing is set for _____ at _____. The parties shall utilize the following dial in information in order to appear telephonically on _____ : dial (888) 684-8852 and enter access code 537 9839.

Dated: February _____, 2019          _____

ELIZABETH D. LAPORTE

UNITED STATES MAGISTRATE JUDGE

*Joint Stipulation to Extend Stay and Con't Status Hearing*
*Case No. 17-cv-6484*

1

2   Respectfully submitted,

3

4   DATED:  February 19, 2019

5

6                    By:    ___/s/ Maxwell S. Peltz_____

7                              MAXWELL S. PELTZ
                            Attorney for Plaintiff
8              CONSUMER FINANCIAL PROTECTION BUREAU

9

10  DATED:  February 19, 2019

11

12                   By:    ___/s/ Allen J. Ruby_____

13                             ALLEN J. RUBY
                            Attorney for Defendant
14              FREEDOM DEBT RELIEF, LLC

15

16

17  DATED:  February 19, 2019

18

19                   By:    ___/s/ Cristina C. Arguedas_____

20                           CRISTINA C. ARGUEDAS
                            Attorney for Defendant
21                           ANDREW HOUSSER

22

23

24

25

26

27

28

*Joint Stipulation to Extend Stay and Con't Status Hearing*
*Case No. 17-cv-6484*