MAXWELL S. PELTZ, CA Bar No. 183662
Email: maxwell.peltz@cfpb.gov
PATRICIA HENSLER, FL Bar No. 102303
Email: patricia.hensler@cfpb.gov
HAI BINH NGUYEN, CA Bar No. 313503
Email: haibinh.nguyen@cfpb.gov
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Phone: 415-633-1328

Attorneys for Plaintiff
Consumer Financial Protection Bureau

*Counsel continued on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Consumer Financial Protection Bureau, | Case Number: 3:17-cv-06484-EDL |
| Plaintiff, | JOINT STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER; [PROPOSED] ORDER |
| v. | |
| Freedom Debt Relief, LLC and Andrew Housser, | Hon. Elizabeth D. Laporte |
| Defendants. | |

Page **1**

Joint Stipulation for Entry of Judgment and Order
Case No. 17-cv-6484

ANAND S. RAMAN (*pro hac vice*)
anand.raman@skadden.com
JOHN A.J. BARKMEYER (*pro hac vice*)
john.barkmeyer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202) 371-7000
Facsimile:   (202) 393-5760

ALLEN J. RUBY (SBN 47109)
allen.ruby@skadden.com
ABRAHAM M. ANDRADE III (SBN 321264)
abraham.andrade@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

Attorneys for Defendant
FREEDOM DEBT RELIEF, LLC

CRISTINA C. ARGUEDAS (Cal. Bar No. 87787)
Email: arguedas@achlaw.com
RAPHAEL M. GOLDMAN (Cal. Bar No. 229261)
Email: goldman@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

Counsel for Defendant
ANDREW HOUSSER

Page **2**
Joint Stipulation for Entry of Judgment and Order
Case No. 17-cv-6484

# JOINT STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER

Plaintiff Consumer Financial Protection Bureau and Defendants Freedom Debt Relief, LLC and Andrew Housser (collectively, "the parties") submit this JOINT STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER and [PROPOSED] ORDER, as directed in the Court's June 26, 2019 Minute Entry (ECF 89).

The parties, by and through their counsel of record, having settled this matter, hereby agree and stipulate to and jointly request that this Court approve and enter the attached proposed Stipulated Final Judgment and Order (Ex. A).

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 9, 2019

FOR PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU

Cara Petersen (DC Bar No. 476990)
*Acting Enforcement Director*
Jeffrey Paul Ehrlich (FL Bar No. 51561)
*Deputy Enforcement Director*
Owen P. Martikan (CA Bar No. 177104)
*Assistant Litigation Deputy*
/s/ Maxwell S. Peltz
Maxwell S. Peltz (CA Bar No. 183662)
Patricia H. Hensler (FL Bar No. 102303)
Hai Binh Nguyen (CA Bar No. 313503)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Peltz): 415-633-1328
Telephone (Hensler): 202-435-7829

Telephone (Nguyen): 202-435-7251
Fax: 202-435-7722
Email: maxwell.peltz@cfpb.gov
Email: patricia.hensler@cfpb.gov
Email: haibinh.nguyen@cfpb.gov
*Attorneys for Plaintiff Consumer Financial Protection Bureau*

DATED: July 9, 2019

FOR DEFENDANT FREEDOM DEBT RELIEF, LLC

By: _____/s/ Allen J. Ruby_____
Allen J. Ruby (SBN 47109)
Abraham M. Andrade III (SBN 321264)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
allen.ruby@skadden.com
abraham.andrade@skadden.com

Anand S. Raman (*pro hac vice*)
John A.J. Barkmeyer (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
anand.raman@skadden.com
john.barkmeyer@skadden.com
*Attorneys for Defendant Freedom Debt Relief, LLC*

| | | |
|---|---|---|
| 1 | DATED: July 9, 2019 | FOR DEFENDANT ANDREW HOUSSER |
| 2 | | By: */s/ Cristina C. Arguedas* |
| 3 | | Cristina C. Arguedas (Cal. Bar No. 87787) |
| 4 | | Raphael M. Goldman (Cal. Bar No. 229261) |
| | | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| 5 | | 803 Hearst Avenue |
| 6 | | Berkeley, CA 94710 |
| | | Telephone: (510) 845-3000 |
| 7 | | Fax: (510) 845-3003 |
| 8 | | Email: arguedas@achlaw.com |
| | | Email: goldman@achlaw.com |
| 9 | | *Counsel for Defendant Andrew Housser* |

Page **5**

Joint Stipulation for Entry of Judgment and Order
Case No. 17-cv-6484

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A